**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>RUTH MADOFF,<br><br>                Defendant. | Adv. Pro. No. 09-1391 (BRL) |

**<u>CERTIFICATE OF SERVICE</u>**

I, **NIKKI M. LANDRIO**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on August 3, 2009, true and correct copies of the

- **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING (issued August 3, 2009); and**

- **COMPLAINT**

in the above-captioned proceeding were served by regular mail delivery to the address listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**

Ruth Madoff
c/o Peter Chavkin, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017
*Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2009.

                                                *s/Nikki M. Landrio*
                                              NIKKI M. LANDRIO

                                              BAKER & HOSTETLER LLP
                                              45 Rockefeller Plaza
                                              New York, New York 10111